**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-00993-SBP

SABINO PROCOPIO DIAZ,

      Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Denver Contract Detention Facility,
GEORGE VALDEZ, in his official capacity as Acting Denver Field Office Director of Enforcement and Removal Operations, Immigration and Customs Enforcement,
MARKWAYNE MULLIN, in his official capacity as Secretary, Department of Homeland Security,
TODD BLANCHE, in his official capacity as Acting U.S. Attorney General,
TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDERS of United States Magistrate Judge Susan B. Prose entered on March 27, 2026, [ECF No. 13] and June 9, 2026, [ECF No. 17], it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that, as the prevailing party, Petitioner is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1), D.C.COLO.LCivR 54.1 and 28 U.S.C. §2412(a)(1). It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 9th day of June, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:   s/   K. Myhaver
_____

K. Myhaver, Deputy Clerk